IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:10cr-00167 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| EAD AWID, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The revocation hearing is reset in this action for **Friday, September 28, 2012 at 2:30 p.m.**

It is so **ORDERED**.

ENTERED this the 13th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge